# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Inventergy LBS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Xirgo Technologies, LLC**,<br><br>Defendant. | Case No. 1:18-cv-02064 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Inventergy LBS, LLC ("Inventergy") and Defendant Xirgo Technologies, LLC ("Xirgo") move to dismiss all claims by Inventergy against Xirgo made therein with prejudice to re-filing the same.

All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

|  |  |
|---|---|
| Isaac Rabicoff<br>Kenneth Matuszewski<br>RABICOFF LAW LLC<br>73 W. Monroe St.<br>Chicago, IL 60603<br>773.669.4590<br>isaac@rabilaw.com<br>kenneth@rabilaw.com | */s/ Timothy Devlin*<br>Timothy Devlin<br>Devlin Law Firm LLC<br>1306 N. Broom St., Suite 1<br>Wilmington, DE 19806<br>302.449.9010<br>302.353.4251<br>tdevlin@devlinlawfirm.com<br><br>**Attorneys for Plaintiff Inventergy LBS, LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel, though not of record, are being served with a copy of this document via email, in accordance with such counsel's request and consent:

Counsel for Defendant, Xirgo Technologies, LLC:

> Steven C. Sereboff
> SoCal IP Law Group LLP
> 1332 Anacapa, Suite 201
> Santa Barbara, CA 93101
> ssereboff@socalip.com

*/s/ Timothy Devlin*
Timothy Devlin